IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **ACCESS FOR THE DISABLED, INC.,** a Florida Not-For-Profit Corporation, and **DENISE PAYNE**, Individually, | : : Case No.: 8:09-cv-1520 : : |
| **Plaintiffs,** | : |
| v. | : : |
| **WESTFIELD AMERICA, INC.,** A Foreign Corporation, | : : : |
| **Defendant.** | : : |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs, ACCESS FOR THE DISABLED, INC., and DENISE PAYNE, by and through undersigned counsel, hereby move to dismiss the instant action with prejudice.

Respectfully Submitted,

Sheila Thurmond Mayers, Esq.
P.O. Box 902
Washington, D.C. 20044
(202) 758-5364
sbthurmond@yahoo.com

By: /s/ Sheila Thurmond Mayers
     Sheila Thurmond Mayers, Esq.